IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

M. DEAN REED PRODUCTION
CORP and MARY DEAN REED,

        Plaintiffs,                    No. CIV S-06-2399 DFL DAD P

    vs.

KERN COUNTY DEPT OF COURT,
et al.,

        Defendants.                ORDER

                                      /

        On October 31, 2006, plaintiff Mary Dean Reed, a pretrial detainee confined in the Lerdo Women's Pretrial Detention Center, filed a pro se complaint that has been construed by the Clerk of the Court as a civil rights complaint filed by a prisoner seeking relief pursuant to 42 U.S.C. § 1983.  On November 2, 2006, plaintiff filed an application to proceed in forma pauperis.[1]

        In her complaint, plaintiff lists numerous government entities, all located in Kern County or Los Angeles County, as defendants.  Plaintiff alleges that Kern County and Los

---

[1] The certificate section of the form has not been completed by plaintiff's institution of confinement, and no certified trust account statement has been provided by the institution.  See 28 U.S.C. § 1915.

1

1 Angeles County engaged in a conspiracy against her.[2]  Kern County is part of the Fresno Division
2 of the United States District Court for the Eastern District of California.  See Local Rule 3-
3 120(d).  A civil action that has not been commenced in the proper division of this court may, on
4 the court's own motion, be transferred to the proper division of the court.  See Local Rule 3-
5 120(f).  This action will therefore be transferred to the Fresno Division of the court for further
6 proceedings.

7     Good cause appearing, IT IS HEREBY ORDERED that:

8     1.  This action is transferred to the United States District Court for the Eastern
9 District of California sitting in Fresno; and

10     2.  All future filings shall reference only the new Fresno case number to be
11 assigned to this case and shall be filed at:

12     United States District Court
    Eastern District of California
13     2500 Tulare Street
    Fresno, CA 93721
14

15 DATED: November 8, 2006.

16

17     _____
    DALE A. DROZD
18     UNITED STATES MAGISTRATE JUDGE

19 DAD:13:bb
   reed2399.22
20

21

22

23

24

---

25

26    [2] On October 30, 2006, plaintiff filed two actions against the same defendants:  2:06-cv-2386 MCE GGH PS and 2:06-cv-2387 MCE DAD PS.