IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DEAN REED,<br><br>            Plaintiff,<br><br>      vs.<br><br>KERN COUNTY DEPARTMENT<br>OF COURT, et al.,<br><br>            Defendants.<br>_____/ | 1:06-CV-01600 OWW SMS P<br><br>ORDER TO SUBMIT NEW<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS AND<br>CERTIFIED COPY OF TRUST<br>ACCOUNT STATEMENT **OR**<br>PAY FILING FEE<br><br>(Docs. 3 and 7) |

     Plaintiff, a prisoner proceeding pro se, filed this civil action together with two applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff has not filed a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of her trust account statement, **or** to pay the $350.00 filing fee.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis by a prisoner;

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee for this action; and

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   November 27, 2006**                      **/s/ Sandra M. Snyder**
i0d3h8                                                                  UNITED STATES MAGISTRATE JUDGE