# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DEAN REED, | CASE NO. 1:06-cv-01600-OWW-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| KERN COUNT DEPT. OF COURT, et al., | (Docs. 8 and 10) |
| Defendants. | |

Plaintiff Mary Dean Reed ("plaintiff") is a prisoner proceeding pro se in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 23, 2007, the Magistrate Judge filed a Finding and Recommendation recommending dismissal of this action based on plaintiff's failure to obey the Court's order to pay the filing fee in full or file a completed application to proceed in forma pauperis. The Finding and Recommendation was served on plaintiff and contained notice to plaintiff that any Objection must be filed within thirty days. Plaintiff filed Objections on March 5, 2007, and March 14, 2007.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

In her first Objection, plaintiff asserts that she sent the Court seventeen original songs for payment of the filing fee. (Doc. 12, pgs.1-2.) In her second Objection, plaintiff asserts that she sent

forty-one or fifty-one original songs.[1]  (Doc. 13, pgs. 1-2.)  These statements, along with others set forth in the Objections, indicate that plaintiff is delusional to some extent.  The filing fee may not be paid via the submission of songs.  Plaintiff has set forth no grounds which would support setting aside the Finding and Recommendation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 23, 2007, is adopted in full; and
2. This action is dismissed, without prejudice, for failure to obey the Court's order.

IT IS SO ORDERED.

**Dated:   March 29, 2007**                         **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE

---

[1] The word is partially illegible and the Court cannot determine for certain whether it says forty or fifty.

2